```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

PLASTPRO, INC.                                  CIVIL 97-1222(JCL)
                                                        (CLOSED)
      V.

THERMA-TRU CORP.                                O R D E R


It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 10TH day of January 2007,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.


                                          /s/ JOHN C. LIFLAND, U.S.D.J.